AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

STEPHANIE MACK
*Plaintiff*
v.
PAIDWORK LLC
*Defendant*

Case No. 2:26-cv-02601-DC-CSK

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, PAIDWORK, LLC .

Date: 08/20/2026

/s/ Jennifer A. Riley
*Attorney's signature*

Jennifer A. Riley, SBN 360545
*Printed name and bar number*

Duane Morris LLP
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90017
*Address*

jariley@duanemorris.com
*E-mail address*

(213) 689-7400
*Telephone number*

(213) 689-7401
*FAX number*